Raymond W. JOHNSON, Jr.,
Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2006–7382.

United States Court of Appeals,
Federal Circuit.

July 12, 2007.

Kenneth M. Carpenter, Carpenter, Chartered LLP, of Topeka, KS, argued for claimant-appellant.

Michael J. Dierberg., Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respon-dent-appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Martin J. Sendek, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Before MICHEL, Chief Judge,
LOURIE, Circuit Judge and
ROBERTSON *, District Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Affirmed. *See* Fed. Cir. R. 36.

---

* Honorable James Robertson, District Judge, United States District Court for the District of Columbia, sitting by designation.